EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00077 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1621] |
| JANEL TOELUPE, ) | |
| aka "Janel Tupuola," ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

1.  On or about May 7, 2002, in the District of Hawaii, JANEL TOELUPE, aka "Janel Tupuola," having duly taken an oath, before the United States District Court for the District of Hawaii, that she would testify truly, did willfully and knowingly


SEALED
BY ORDER OF THE COURT

and contrary to said oath state material matter which she did not believe to be true, that is to say:

2.  At the time and place aforesaid the District Court of the District of Hawaii was hearing evidence in the matter entitled <u>United States v. Packward Kaleilani Toelupe et al.</u>, Cr. No. 01-00382 REJ.  It was material to the proceeding described in paragraph 1 to determine whether JANEL TOELUPE, aka "Janel Tupuola" had previously provided information regarding defendant Packward K. Toelupe's drug trafficking activity to agents of the Federal Bureau of Investigation.

3.  At the time and place in paragraph 1, JANEL TOELUPE, aka "Janel Tupuola" appeared as a witness before the United States District Court of the District of Hawaii, and then and there being under oath as aforesaid, testified falsely before the United States District Court for the District of Hawaii, with respect to the aforesaid material matter as follows:

### May 7, 2002 Declarations

Q:  Did you ever tell special agents with the FBI, prior to June 12, 2001, that you heard information from other individuals describing the drug organization of Packward Toelupe?

A:  <u>I - I don't recall, but - I recall them asking me a question like that</u>.

Q:  And did you ever - you've already testified this morning that you never provided the FBI special agents with any information about drug activity regarding Packward Toelupe.

A:  Right.

> Q: My question to you is, is it possible that you provided information that you heard?
>
> A: <u>No</u>.
>
> Q: That's not a possibility?
>
> A: <u>No</u>.
>
> Q: So in your memory as you sit here today, you never discussed drugs, and drug activity, of Packward Toelupe with special agents with the FBI?
>
> A: <u>No</u>.
>
> Q: I'm not clear about your response.
>
> A: <u>No</u>.

4.  The aforesaid underscored testimony of JANEL TOELUPE, aka "Janel Tupuola," as she then and there well knew and believed, was false in that on May 2nd, 7th, 10th, 16th, and 23rd, 2001; June 11th, 14th, 20th, 23rd, and 26th, 2001; July 2nd, 3rd, and 27th, 2001; August 7th, 13th, 2001; September 14th, 2001; and October 15th, 2001 JANEL TOELUPE, aka "Janel Tupuola" did in fact provide drug-trafficking information of Packward K. Toelupe to agents of the Federal Bureau of Investigation.

//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 1621.

DATED:    12feb04   , at Honolulu, Hawaii.

                                A TRUE BILL

                                /S/

                                FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney

United States vs. Janel Toelupe aka "Janel Tupuola"
"Indictment"
Cr. No.